VAN–014 Notice of Filing of Proof of Claim by Debtor – Rev. 11/06/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### New Bern Division

IN RE:
Walter Ray Getts
 ( debtor has no known aliases )
6950 Richlands Hwy
Richlands, NC 28574

CASE NO.: 18–03237–5–DMW

DATE FILED: June 28, 2018

CHAPTER: 13

Cynthia Jean Getts
 ( debtor has no known aliases )
6950 Richlands Hwy
Richlands, NC 28574

NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR

YOU ARE HEREBY NOTIFIED that pursuant to Bankruptcy Rule 3004, a proof of claim was filed by the debtor on behalf of Furniture Fair on September 5, 2018 .

DATED: September 11, 2018

Stephanie J. Butler
Clerk of Court