**United States Bankruptcy Court**

Eastern District of North Carolina New Bern Division

1803237
ROGER A. MOORE
ATTORNEY AT LAW
PO DRAWER 886
JACKSONVILLE, NC 28540-0000

IN RE
WALTER RAY GETTS
6950 RICHLANDS HWY

RICHLANDS, NC 28574
                    SSN or Tax I.D. XXX-XX-4486
-------------------------------
CYNTHIA JEAN GETTS
6950 RICHLANDS HWY

RICHLANDS, NC 28574
                    SSN or Tax I.D. XXX-XX-3569
Other Names Used:

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

CLAIM NO:  -Court-A                     U.S.

## MOTION TO DISMISS

The undersigned Chapter 13 Trustee moves the Court to dismiss the above case because of the failure of the debtor(s) to comply with the Plan, and

The debtor(s) is (are) hereby notified that if a written response is not filed by the debtor(s) with the Trustee setting out reasons for the delinquency, the proposed method for bringing the Plan to a current status and a request for hearing within twenty-one (21) days of the date of this motion, then the Court will  summarily  rule on said motion without further notice.

DATED:  January 24, 2020                    /S/ Joseph A. Bledsoe, III
                                            _____
                                            Joseph A. Bledsoe, III
                                            Chapter 13 Trustee

The debtor(s) are delinquent in the amount of $3,721.00 which is 2.16 payments as of the above date.

# CERTIFICATE OF MAILING

CASE: 1803237          TRUSTEE: 2V          COURT: 278                                    Page 1 of 1
TASK: 01-23-2020.01265771.BLB004          DATED: 01/24/2020

Court                    Served Electronically

Trustee                  Joseph A. Bledsoe, III                          P.O. Box 1618
                                                                          New Bern, NC 28563

Debtor                   WALTER RAY GETTS                                 6950 RICHLANDS HWY
                                                                          RICHLANDS, NC 28574

Joint                    CYNTHIA JEAN GETTS                               6950 RICHLANDS HWY
                                                                          RICHLANDS, NC 28574

799        000002        ROGER A. MOORE                                   ATTORNEY AT LAW
                         PO DRAWER 886                                    JACKSONVILLE, NC 28540-0000

                                                                                          5 NOTICES

         THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON  01/24/2020.
         I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
         EXECUTED ON    01/24/2020   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail