SO ORDERED.

SIGNED this 13 day of February, 2020.

_____
**David M. Warren**
**United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

IN RE:

| | |
|---|---|
| WALTER RAY GETTS | CASE NO: 18-03237-5-DMW |
| CYNTHIA JEAN GETTS | CHAPTER 13 |
| 6950 RICHLANDS HWY | |
| RICHLANDS, NC 28574 | |
|     DEBTOR | |

### CONSENT ORDER

**THIS CAUSE** coming on to be heard upon the Trustee's Motion to Dismiss.

**AND IT APPEARING TO THE COURT** that the Debtors and the Chapter 13 Trustee have consented to resolve this matter and request the entry of this Consent Order based upon the following:

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Debtors will resume regular payments of $1,716.00 each month beginning March, 2020. Debtors will make additional payments of $807.00 each month for six (6) months to bring the plan current beginning March, 2020. In the event the Debtors fail to make any payment due within thirty (30) days of the due date, for a period of six (6) months, this case will be dismissed without further notice or hearing.

**CONSENTED TO:**

s/Joseph A. Bledsoe, III
_____
**JOSEPH A. BLEDSOE, III**
**CHAPTER 13 TRUSTEE**

_____
**ROGER A. MOORE**
**ATTORNEY FOR DEBTOR**

"End of Document"