**SO ORDERED.**

**SIGNED this 13 day of March, 2020.**

David M. Warren
United States Bankruptcy Judge

___

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:

WALTER RAY GETTS
CYNTHIA JEAN GETTS
6950 RICHLANDS HWY
RICHLANDS, NC 28574

CASE NO: 18-03237-5-DMW
CHAPTER 13

### CONSENT ORDER MODIFYING CHAPTER 13 PLAN

**THIS MATTER** coming on to be heard upon the consent of the parties as evidenced below for the modification of the Debtors' Chapter 13 Plan; now therefore,

**THE COURT FINDS** that this matter was properly brought before this Court in accordance with Section 1329 of the Bankruptcy Code, and that, since the proposed plan modification set forth in this Order does not adversely affect any of the creditors which have filed a claim in this case, notice to creditors of this modification is unnecessary; and

**THE COURT FURTHER FINDS** that, subject to the approval of this Court, the Chapter 13 Trustee and the Debtors, by and through counsel, as evidenced by the undersigned signatures, have agreed upon the terms of a plan modification.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Debtors' Chapter 13 Plan is modified as follows:

From: $1,711.00 per month for a period of 5 months followed by
$1,716.00 per month for a period of 55 months

To: $1,547.00 per month for a period of 20 months followed by
$1,859.00 for a period of 40 months

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the plan, as so modified, shall henceforth constitute the Chapter 13 Plan in this case.

We consent to the entry of this order:

_____
Roger A. Moore, Attorney for Debtor

_S/ Joseph A. Bledsoe, III_____
Joseph A. Bledsoe, III, Chapter 13 Trustee

**"End of Document"**